RECEIVED

In the United States A District
Court for the middle District of Alabama

Solomon L. Henderson
full name of plantiff(s)

v.                                Civil Action No. 1:05cv958-T

Sheriff Greg Ward
Carl Rowe Administrator
Geneva County Jail
Names of person who
violated your constitutional
     rights

I. Place or Institution where incident occurred
   Geneva County Jail

II. Name of Individual(s) you allege violated
your constitutional rights
1. Carl Rowe
2. Sheriff Greg Ward
3. Geneva county Jail's staff

III. Date upon which said violation occurred
July 1, 2005 & Sept & Oct 4, and still going on

IV. State Briefly the grounds on which you base your allegation that your rights are being violated:

Ground one: Unsanitary linen - 1 blanket given
Seuge Back-up - shower
Unsanitary eating utencils
Not 6" in of the floor
Mold infested all on the wall
Rust causing infection
Wall painted over, Rust over everything Channel 4, inspectors, DHR, and comissioners have been here, looking at mold & rust & overcrowding. I'm sleeping in a 12 man cell, with 23 men.

Ground two: No law library, for me to do research. I am also being held with STATE inmates, and I'm here on a county misdemeanor. When shower is on the water stands up. There's no water pressure at all. Soap is hard to wipe off your body.

Ground three: My bed is in the hallway, no sleep, for loud noise, I don't get my outside time everday, but I do in the morning, every morning when Mr. Weeks is on. The lady wouldn't notarize my paper, because they know there wrong.

Supporting Facts: They haven't washed my blanket in 30 days, no sheets, they put the mats back up, and don't wash them off, people have lice, the don't get sprayed. I sleep 2 feet away from the mold Channel 4, inspectors, DHR, came and looked. If someone comes in and look at this shower on left side, they will close this jail down.

V. State briefly exactly what you want the court to do for you.
I, Soloman Henderson, have been abused, mentally, phsycally, emotionally, so in my eyes this to me. I want ten-million for my pain.

Soloman Henderson
signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on October 4, 2005
                    DATE

Soloman Henderson
signature of plaintiff

Notary #1 John ~~~~~~
       #2 Angela Simmons
       #3 ~~~~~~~~~~
signature of wittness —

These are my signatures due to notorizer failed.