IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SOLOMON L. HENDERSON,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | CIVIL ACTION NO. 1:05-CV-958-T |
| ) | |
| GREG WARD, et al.,        ) | |
| ) | |
| Defendants.        ) | |

**ORDER**

On October 24, 2005, this court entered an order, a copy of which the Clerk mailed to the plaintiff. This order was "returned to sender" because the plaintiff was no longer at the address he had provided to the court. As the administration of this case cannot proceed if the plaintiff's whereabouts remain unknown to this court, it is

ORDERED that on or before November 14, 2005 the plaintiff shall provide the court with his current address.

The plaintiff is specifically *cautioned* that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

DONE, this 2nd day of November, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE