Style. Notice of address Change

Home address: Solomon Henderson
301 East Main Street
Hartford Al, 36344

This is for my lawsuit against Geneva County Jail

Case number: 1:05cv958

Sgn: Solomon Henderson

[RECEIVED stamp: 2005 NOV 22 A 10:00 DEBRA P. HACKETT U.S. DISTRICT]